IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF COMMERCE,** <br> Office of General Counsel <br> 1401 Constitution Ave NW <br> Washington, DC 20230 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BLOOMBERG L.P. brings this suit to compel Defendant U.S. DEPARTMENT OF COMMERCE to discharge its obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing certain emails, text messages and other communications received by Commerce Department officials.

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF COMMERCE ("COMMERCE") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JUNE 13, 2025 FOIA REQUEST TO COMMERCE

6. On June 13, 2025, Plaintiff submitted a FOIA request to COMMERCE for the following records:

> Any and all emails, text messages or messages sent on the application Signal on mobile devices issued by the US government to the following Commerce Department officials: Secretary Howard Lutnick; Paul Thanos; William Kimmitt; Ryan Rhodes; and Tanika Hawkins.
>
> Please limit the search to only those emails or messages that contain the following keywords: "Tether;" "GENIUS Act;" "Stable Act;" "foreign issuer;" and "stablecoin."
>
> Please limit the search to January 20, 2025 through the day the request is fulfilled.

7. A true and correct copy of the FOIA request is attached as Exhibit 1.

8. On June 17, 2025, COMMERCE acknowledged receipt of the FOIA request, assigned reference number DOC-IOS-2025-001721 to the matter, granted Plaintiff's request for a fee waiver, and stated that it would not be able to respond within the statutory deadline due to "unusual circumstances."

9. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

10. On August 19, 2025, Plaintiff sought an estimated date of completion from COMMERCE and inquired about the status of the request, including what steps have been taken to process the request and whether the search for records had been completed.

11. A true and correct copy of the correspondence is attached as Exhibit 3.

12. On August 25, 2025, COMMERCE provided an estimated date of completion of August 7, 2028. *Id*.

13. COMMERCE did not send any further correspondence to Plaintiff regarding this request.

14. As of the date of this filing, COMMERCE has not issued a determination on Plaintiff's request.

15. As of the date of this filing, COMMERCE has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – COMMERCE'S FOIA VIOLATION

16. Paragraphs 1-15 are incorporated by reference.

17. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

18. Defendant COMMERCE is a federal agency subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. Defendant COMMERCE has failed to conduct a reasonable search for records responsive to the request.

21. Defendant COMMERCE has failed to issue a determination within the statutory deadline.

22. Defendant COMMERCE has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: December 15, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
